# UNITED STATES DISTRICT COURT

for the
District of Colorado

In the Matter of the Search of

)
)
)
)
)
)
)
)

Black Samsung Cellular Telephone held in evidence and associated with Aurora Police Department case 2021-1832, currently stored in the Aurora Police Department Property Division more fully described in Attachment A, attached hereto.

Case No.    21-sw-00063-STV

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit
The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X  evidence of a crime;

X  contraband, fruits of crime, or other items illegally possessed;

X  property designed for use, intended for use, or used in committing a crime;

☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § 2422(b), and the application is based on these facts:

X  Continued on the attached affidavit, which is incorporated by reference.

☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Kristen Draper*
*Applicant's signature*

Special Agent Kristen Draper, DHS
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:   1/28/2021

*Judge's signature*

City and state:   Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**<u>DESCRIPTION OF LOCATION TO BE SEARCHED</u>**

A black Samsung cellular telephone with unknown serial number (hereinafter and in Attachment B as

the "Device") currently secured in the Aurora Police Department Property Bureau under tag number

214842-1 at 15001 East Alameda Parkway, Aurora, Colorado, 80012.

1

## ATTACHMENT B

## <u>DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED</u>

For the Device listed and described in Attachment A, the following items, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Section 2422(b) (hereinafter "Subject Offenses"):

1. Any and all information, notes, software, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

2. Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to sexual activity with or sexual interest in minors;

3. Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning Internet activity reflecting a sexual interest in minors;

4. Any and all information, notes, software, documents, records, or correspondence, in any form and medium pertaining to any minor who is, or appears to be, the subject of any visual depiction of child pornography, child erotica, sexual activity with other minors or adults, or of sexual interest, or that may be helpful in identifying any such minors;

5. Any and all address books, names, and lists of names and addresses of individuals who may have been contacted by use of the Device or by other means for the purpose of committing violations of the Subject Offenses;

6. Records of Internet activity, including Internet Protocol addresses, firewall logs, transactions with Internet hosting providers, co-located computer systems, cloud computing services, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses pertaining to violations of the Subject Offenses or that show who used, owned, possessed, or controlled the Device;

7. Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to use or ownership of the Device, or that aid in the identification of persons involved in violations of the Subject Offenses;

8. Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

9. Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

10. Evidence of who used, owned, or controlled the Device to commit or facilitate the commission of the crimes described, or at the time the things described in this warrant were created, edited, or deleted, including photographs, videos, logs, call logs, phonebooks, address books, contacts, IP addresses, registry entries, configuration files, saved usernames and passwords, documents, calendars, browsing history, search terms, metadata, user profiles, e-mail, e-mail contacts, messages (text or voice), instant messaging logs, file structure and correspondence;

11. Evidence of software that may allow others to control the Device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security provisions or software designed to detect malicious software or unauthorized use of the device, and evidence of the lack of such malicious software;

12. Evidence of the attachment to the Device of other storage devices or similar containers for electronic evidence;

13. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device;

14. The telephone number, ESN number, serial number, and/or SIM card numbers of or contained in the Device;

15. Passwords, encryption keys, and other access devices that may be necessary to access the Device; and

16. Contextual information necessary to understand the evidence described in this attachment.

DEFINITIONS:

17.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

18.  "Child Pornography" is defined in 18 U.S.C. § 2256(8), which includes as any visual depiction of sexually explicit conduct involving the use of a minor; a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaged in sexually explicit conduct; or a visual depiction that has been created, adapted, or modified to appear than an identifiable minor is engaging in sexually explicit conduct.

19. "Visual depiction" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

20. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions; this also includes texts or discussions regarding minors engaged in sexual acts or conduct.

## AFFIDAVIT

I, Kristen Draper, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since October 2002. I am currently assigned to the HSI Colorado Cyber Guardian Task Force. I have successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Brunswick, GA, in addition to several other post-academy training programs. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. and criminal offenses pertaining the enticement of a minor to engage in criminal sexual activity in violation of Title 18 United States Code, Section 2422. I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images). I have also been the affiant for and participated in the execution of numerous search warrants in child pornography and child exploitation investigations.

2. This affidavit is submitted in support of an application for a search warrant for computers and related equipment (more fully described in Attachment A), and the data located therein, there being probable cause to believe that located in the place described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b).

3. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b) are located in the place described in Attachment A.

4. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## RELEVANT STATUTES

5. This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b), which prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

6. A cellular telephone is held in evidence at the Aurora Police Department Property Bureau in Aurora, Colorado, which was discovered in the possession of Paul Castro and seized incident to arrest.  It is being held in evidence under tag number 214842-1.  The item is one black Samsung Cellular Telephone, hereinafter and in Attachments A and B the "Device."

7. Your Affiant believes there is probable cause to believe that the Device contains evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b).

8. The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B.

9. The Device is currently in the lawful possession of the Aurora Police Department.  It came into the Aurora Police Department's possession in the following way: On January 13 and 14, 2021, Paul Castro communicated with an undercover agent (hereinafter referred to as the "UC") and arranged to meet with two underage females the UC was purportedly selling to engage in sexual activity with in exchange for money.  On January 14, 2021, Paul Castro was arrested by officers from the Aurora Police Department after he arrived at the motel where he arranged to meet the UC to conduct the transaction.  Paul Castro was in possession of the Device and it was seized to preserve evidence.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

18. Based on my training and experience, your Affiant knows about the following items, hereinafter and below and in the Attachments "Device."

19. A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable digital storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media includes various types of flash memory cards and miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos such as texts, word processing documents, or web pages.  If the camera is equipped with global positioning system ("GPS") technology, that information may be recorded as metadata associated with the photographs and videos taken with that camera as well as other information such as the make and model of the camera and the date and time the image was created.  Some cameras and removable storage media are now equipped with wireless capabilities, which allow for images and files to be uploaded from the camera or digital storage media directly to the Internet or to other digital storage devices or computers using a wired or wireless connection.

20. A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other

information on personal calendars; and accessing and downloading information from the Internet including websites, social media sites, bulletin boards, file sharing, and other Internet sites. Wireless telephones often have a subscriber identity module or subscriber identification module ("SIM"), which is an integrated circuit that securely stores the International Mobile Subscriber Identity ("IMSI") and the related key used to identify and authenticate subscribers on mobile telephone devices. A SIM is embedded into a removable "SIM card," which can be transferred between different mobile devices. A SIM card contains a unique serial number ("ICCID"), IMSI, security authentication and ciphering information, temporary information related to the local network, a list of the services to which the user has access, and certain passwords. Most SIM cards will also store certain usage data, such as call history, text ("SMS") messages, and phone book contacts. Wireless telephones may also be "smartphones," such that they operate as personal computers capable of accessing the Internet. They may also include GPS technology for determining the location of the device. Such telephones may also contain removable storage media, such as a flash card—such devices can store any digital data, and can have the capacity to store many gigabytes of data. Some cellular telephones also have software, giving them the same capabilities as personal computers including accessing and editing word processing documents, spreadsheets, and presentations. Some cellular telephones also operate as a "tablet," or mobile computer, and can contain software programs called applications. Those programs can perform different functions and save data associated with those functions, including use associated with the Internet.

21. Based on my knowledge, training, and experience, your Affiant knows that computers and digital storage devices can store information for long periods of time. Similarly, things that have been searched for and viewed via the Internet are typically stored for some period of time on a device. This information can sometimes be recovered with forensic tools.

22. Based on my knowledge, training, and experience, examining data stored on computers and digital storage devices can uncover, among other things, evidence that reveals or suggests who possessed or used the computer or digital storage devices.

23. There is probable cause to believe that things that were once stored on the Device may still be stored there, for at least the following reasons:

   a. Based on my knowledge, training, and experience, I know that digital files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet. Electronic files downloaded to a storage medium can be stored for years at little or no cost. Even when files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a digital storage device or computer, the data contained in the file does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data.

   b. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods of time before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

   c. Wholly apart from user-generated files, computer storage media including digital storage devices and computers' internal hard drives can contain electronic evidence of how a computer has been used, what it has been used for, and who has used it. To give a few

3

examples, this forensic evidence can take the form of operating system configurations, artifacts from operating system or application operation, file system data structures, and virtual memory "swap" or paging files. Computer users typically do not erase or delete this evidence, because special software is typically required for that task. However, it is technically possible to delete this information.

    d.  Similarly, files that have been viewed via the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache." Forensic review may also disclose when and by whom the Internet was used to conduct searches, view material, and communicate with others via the Internet.

24. *Forensic evidence*. As further described in Attachment B, this application seeks permission to locate not only electronically stored information on the Device(s) that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device(s) were used, the purpose of the use, who used the Device(s), and when. There is probable cause to believe that this forensic electronic evidence might be on the Device(s) because:

    a.  Data on the storage medium can provide evidence of a file that was once on the storage media but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Virtual memory paging systems can leave traces of information on the storage medium that show what tasks and processes were recently active. Web browsers, e-mail programs, and chat programs store configuration information on the storage medium that can reveal information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, the attachment of USB flash storage devices or other external storage media, and the times the computer or device was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created. This information can be recovered months or even years after they have been downloaded onto the storage medium, deleted, or viewed.

    b.  Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c.  A person with appropriate familiarity with how a digital storage device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

    d.  The process of identifying the exact electronically stored information on storage media that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer or digital storage device and the application of knowledge about how a computer or digital storage device behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

    e.  Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

f.  Your Affiant knows that when an individual uses an electronic device to aid in the commission of a crime, particularly crimes involving the sexual exploitation of children, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense. The electronic device is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: logs of calls between the user of the Device and individuals purchasing or attempting to purchase sex in exchange for money; text messages or other electronic communications between the user of the Device and individuals purchasing or attempting to purchase sex; photographs and other graphics and images depicting individuals involved in the purchasing or attempt to purchase sex; GPS or other location information related to individuals involved in purchasing or attempting to purchase sex; Internet activity evidencing the intent to engage in the purchase of sex; and other records that indicate the nature of the offense.

g.  Your Affiant also knows that those who engage in criminal activity will attempt to conceal evidence of the activity by hiding files, by renaming the format, (such as saving a .pdf image file as a .doc document file) or by giving them deceptive names such that it is necessary to view the contents of each file to determine what it contains.

h.  A single compact disk can store dozens of images and hundreds of pages of text. The size of the electronic storage media (commonly referred to as a hard drive) used in home computers has grown tremendously within the last several years. Thumb drives with a capacity of 32 gigabytes are not uncommon. Flash cards with a capacity of 32 gigabytes are not uncommon. Hard drives with the capacity of 500 gigabytes up to 3 terabytes are not uncommon. These drives can store thousands of images and videos at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible to use a video camera to capture an image, process that image in a computer with video capture capabilities, and save that image to storage in another country. Once this is done, there is no readily apparent evidence at the "scene of the crime". Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

25. *Need to review evidence over time and to maintain entirety of evidence*. Your Affiant recognizes the prudence requisite in reviewing and preserving in its original form only such records applicable to the violations of law described in this Affidavit and in Attachment B in order to prevent unnecessary invasion of privacy and overbroad searches. Your Affiant advises it would be impractical and infeasible for the Government to review the mirrored images of digital devices that are copied as a result of a search warrant issued pursuant to this Application during a single analysis. Your Affiant has learned through practical experience that various pieces of evidence retrieved from digital devices in investigations of this sort often have unknown probative value and linkage to other pieces of evidence in the investigation until they are considered within the fluid, active, and ongoing investigation of the whole as it develops. In other words, the weight of each individual piece of the data fluctuates based upon additional investigative measures undertaken, other documents under review and incorporation of evidence into a consolidated whole. Analysis is content-relational, and the importance of any associated data may grow whenever further analysis is

performed. The full scope and meaning of the whole of the data is lost if each piece is observed individually, and not in sum. Due to the interrelation and correlation between pieces of an investigation as that investigation continues, looking at one piece of information may lose its full evidentiary value if it is related to another piece of information, yet its complement is not preserved along with the original.  In the past, your Affiant has reviewed activity and data on digital devices pursuant to search warrants in the course of ongoing criminal investigations.  Your affiant has learned from that experience, as well as other investigative efforts, that multiple reviews of the data at different times is necessary to understand the full value of the information contained therein, and to determine whether it is within the scope of the items sought in Attachment B.  In order to obtain the full picture and meaning of the data from the information sought in Attachments A and B of this application, the Government would need to maintain access to all of the resultant data, as the completeness and potential of probative value of the data must be assessed within the full scope of the investigation.  As such, your Affiant respectfully requests the ability to maintain the whole of the data obtained as a result of the search warrant, and to maintain and to review the data in the control and custody of the Government and law enforcement at times deemed necessary during the investigation, rather than minimize the content to certain communications deemed important at one time.  As with all evidence, the Government will maintain the evidence and mirror images of the evidence in its custody and control, without alteration, amendment, or access by persons unrelated to the investigation.

26. *Nature of examination*.  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit seizing, imaging, copying and reviewing the contents of the Device(s) consistent with the warrant.  The warrant I am applying for would authorize a later examination and perhaps repeated review of the Device(s) or information from a copy of the Device(s) consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Device(s) to human inspection in order to determine whether it is evidence described by the warrant.

## INVESTIGATION

27. On January 13 and 14, 2021, members of the Homeland Security Investigations ("HSI") Colorado Cyber Guardian Task Force ("CCGTF") conducted an undercover operation focused on identifying and arresting individuals predisposed to engage in sexual activity with minors.  The operation was based out of the HSI Denver office located at 5445 DTC Parkway, Suite 600, Greenwood Village, Arapahoe County, State of Colorado, 80111.  As part of this operation, CCGTF personnel posted advertisements on various internet websites that are known for prostitution and escort services.

28. On January 13, 2021, at 12:46 PM one responder (The Suspect) responded to the ad with the number 806-640-4585. The Responder was later positively identified as Paul Castro with a year of birth of 1966.  HSI Special Agent ("SA") Kristen Draper took on the undercover persona of a mother who was offering her 13 and 14-year-old daughters for prostitution.  Below is a verbatim copy of the communication between SA Draper and Paul Castro:

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/13 | 12:46:53 PM MST | 806-640-4585 | SMS | Incoming | Hi.. Saw your ad.  Where in Denver are you?  Only looking for one.. pics?? |
| 2021/01/13 | 05:22:37 PM MST | 806-640-4585 | SMS | Outgoing | Hi hun... coming into Denver tonight and got two young girls ready to play... Crystal is 14 yo and lots of fun and Emma is 13 yo and very sweet |
| 2021/01/13 | 05:47:28 PM MST | 806-640-4585 | SMS | Incoming | Nice |
| 2021/01/13 | 05:47:37 PM MST | 806-640-4585 | SMS | Incoming | Uhmm face pics?? |
| 2021/01/13 | 05:48:13 PM MST | 806-640-4585 | SMS | Incoming | Where are you going to be |
| 2021/01/13 | 05:49:26 PM MST | 806-640-4585 | SMS | Outgoing | Not sure where we r staying yet... sorry hun I don't send face pics of the girls. Not safe ya know? |
| 2021/01/13 | 05:50:22 PM MST | 806-640-4585 | SMS | Incoming | Ok. Description??  White? Black? Blonde?? |
| 2021/01/13 | 05:52:14 PM MST | 806-640-4585 | SMS | Outgoing | They r both white and petite with brown hair. |
| 2021/01/13 | 05:53:01 PM MST | 806-640-4585 | SMS | Incoming | Ok.  You in town tonight only?? |
| 2021/01/13 | 05:55:00 PM MST | 806-640-4585 | SMS | Incoming | Rates??  Which one would be GFE type? |
| 2021/01/13 | 05:55:15 PM MST | 806-640-4585 | SMS | Outgoing | Kinda depends on how business is lol |
| 2021/01/13 | 05:56:00 PM MST | 806-640-4585 | SMS | Incoming | Sorry.  I know that's a lot of questions. I understand. I'm definitely interested. Just didn't think I'd hear back so it made some plans. |
| 2021/01/13 | 05:57:55 PM MST | 806-640-4585 | SMS | Outgoing | hh 130 ☝200 hr depends on what kinda gf u want lol Crystal is more expierienced and down for more but Emma is really sweet if that is more your type |
| 2021/01/13 | 05:58:28 PM MST | 806-640-4585 | SMS | Incoming | Nice |
| 2021/01/13 | 05:59:33 PM MST | 806-640-4585 | SMS | Incoming | As long as she's into it, I'll be good. I like both those descriptions! Hahaha |
| 2021/01/13 | 05:59:44 PM MST | 806-640-4585 | SMS | Outgoing | Crystal will do greek for an extra 50 |
| 2021/01/13 | 06:00:32 PM MST | 806-640-4585 | SMS | Incoming | VERY HOT!  When are you going to know where you'll be? |

7

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/13 | 06:01:11 PM MST | 806-640-4585 | SMS | Outgoing | Yeah hun either girl will treat u very well and enjoy what they do 😊 I don't force either of them and u seem super nice so I am sure y'all will hit it off and have lots of fun |
| 2021/01/13 | 06:02:15 PM MST | 806-640-4585 | SMS | Outgoing | When we get into town tonight... prolly around midnight I'll figure out where we r staying then... u have plans 2nite already? |
| 2021/01/13 | 06:02:38 PM MST | 806-640-4585 | SMS | Incoming | Cool. Thanks!! |
| 2021/01/13 | 06:03:11 PM MST | 806-640-4585 | SMS | Incoming | I do actually. Until about 11:00 11:30. But then I got to work early tomorrow |
| 2021/01/13 | 06:04:21 PM MST | 806-640-4585 | SMS | Incoming | I'm good with tomorrow.. I work from like 5:00 a.m. to about noon. But I'll make time if that's what it takes. Hahaha |
| 2021/01/13 | 06:19:14 PM MST | 806-640-4585 | SMS | Outgoing | Lol I like that! We cud def do tomorrow afternoon.... did u want Crystal or Emma? Both? |
| 2021/01/13 | 06:19:29 PM MST | 806-640-4585 | SMS | Outgoing | Oh and ur not a cop, right? |
| 2021/01/13 | 06:20:59 PM MST | 806-640-4585 | SMS | Incoming | Not a cop! Hahaha both? Man that sounds hot. Hahaha |
| 2021/01/13 | 06:21:38 PM MST | 806-640-4585 | SMS | Incoming | Definitely hard to choose! |
| 2021/01/13 | 06:22:12 PM MST | 806-640-4585 | SMS | Incoming | Driving right now. Give me a second. |
| 2021/01/13 | 06:23:03 PM MST | 806-640-4585 | SMS | Outgoing | If u want both we can for sure arrange that lol okay hun lemme know! |
| 2021/01/13 | 06:39:06 PM MST | 806-640-4585 | SMS | Incoming | Are the three of you staying in the same room? Sorry. Not sure how That works. Would early early tonight.. Like 3 am be feasible?? Just wondering |
| 2021/01/13 | 06:40:28 PM MST | 806-640-4585 | SMS | Outgoing | Lol no worries... we sleep in the same room but I will leave during your date so that you can have some privacy. |
| 2021/01/13 | 06:41:05 PM MST | 806-640-4585 | SMS | Outgoing | Hopefully we'll be sleeping at 3am lol |
| 2021/01/13 | 06:47:19 PM MST | 806-640-4585 | SMS | Incoming | Hehe..ok.  what's the rate for one hour with both??? |
| 2021/01/13 | 06:48:50 PM MST | 806-640-4585 | SMS | Outgoing | 🧍325🧍for both for an hr hun |
| 2021/01/13 | 06:49:56 PM MST | 806-640-4585 | SMS | Incoming | Nice.  I like that. Ok.  I'll hit you up tomorrow |

| 2021/01/13 | 06:51:09 PM MST | 806-640-4585 | SMS | Outgoing | Sounds good... ttyl |
| 2021/01/14 | 01:32:43 PM MST | 806-640-4585 | SMS | Outgoing | hey hun just gettin up n wanted to see if u were still interested |

29. CBI analyst Jenkin conducted queries using public and law enforcement databases and found the telephone number 806-640-4585 belongs to Paul Castro year of birth 1966. It was determined that Paul Castro is a registered sex offender.

30. On January 13, 2021, at 11:32 AM, one responder (The Suspect) responded with the number 469-715-2529.  (It wasn't determined until after Paul Castro was arrested that he was associated to both numbers.)  Below is a verbatim copy of the communication between SA Draper and Paul Castro from the new cell phone number:

| 2021/01/13 | 11:32:32 AM MST | 469-715-2529 | SMS | CASTRO | Nice ad!  What part of Denver are you in? |
| 2021/01/13 | 06:24:39 PM MST | 469-715-2529 | SMS | UC | Hi hun... driving in 2nite so not totally sure where we will be staying... 2 young girls ready to play.... Crystal is 14 yo and very fun n Emma is 13 yo and super sweet |
| 2021/01/13 | 10:56:59 PM MST | 469-715-2529 | SMS | CASTRO | Hi.. sorry. Just got your msg. Sounds good. What part of town will you be in? |
| 2021/01/13 | 10:59:57 PM MST | 469-715-2529 | SMS | UC | i think we'll be around denver. which one were you thinking of? |
| 2021/01/13 | 11:01:37 PM MST | 469-715-2529 | SMS | CASTRO | Which girl?  I dunno. Would be nice if I could see what they look like? Body types? |
| 2021/01/13 | 11:02:29 PM MST | 469-715-2529 | SMS | CASTRO | Also.. rates? |
| 2021/01/13 | 11:04:18 PM MST | 469-715-2529 | SMS | CASTRO | Very sexy. Nice. |
| 2021/01/13 | 11:04:19 PM MST | 469-715-2529 | MMS | UC | Crystal 🖼 |
| 2021/01/13 | 11:06:37 PM MST | 469-715-2529 | MMS | UC | Emma 🖼 |
| 2021/01/13 | 11:07:07 PM MST | 469-715-2529 | SMS | CASTRO | Wow.. both are super sexy. TOUGH CHOICE!!  haha |
| 2021/01/13 | 11:07:13 PM MST | 469-715-2529 | SMS | UC | rates depend baby you want one or both??? they play well together |
| 2021/01/13 | 11:09:02 PM MST | 469-715-2529 | SMS | CASTRO | Hmmmm.. when are they available? Your msg said you were driving in tonight? |

| 2021/01/13 | 11:09:43 PM MST | 469-715-2529 | SMS | CASTRO | If they play well together.. ?? Why not both? 😊 |
|---|---|---|---|---|---|
| 2021/01/13 | 11:10:00 PM MST | 469-715-2529 | SMS | UC | yeah were coming in from az so we probably wont be avail tonight but were setting up dates for tomorrrow? |
| 2021/01/13 | 11:10:23 PM MST | 469-715-2529 | SMS | CASTRO | Oh nice!  Ok.  Count me in! |
| 2021/01/13 | 11:10:33 PM MST | 469-715-2529 | SMS | UC | would you want an hh or hr?? |
| 2021/01/13 | 11:11:16 PM MST | 469-715-2529 | SMS | CASTRO | For both.. need at LEAST an hour.. 😊 |
| 2021/01/13 | 11:12:32 PM MST | 469-715-2529 | SMS | UC | 😊 hr would be 325 💰 donation... |
| 2021/01/13 | 11:13:40 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  I can do that. Any idea of your time frame? |
| 2021/01/13 | 11:15:29 PM MST | 469-715-2529 | SMS | CASTRO | Oh..uhmmm.. do they enjoy the companionship of older men?  I mean.. would be more fun for ME if there was some enthusiasm on their part? |
| 2021/01/13 | 11:16:01 PM MST | 469-715-2529 | SMS | CASTRO | I'm not 100.. but I'm not in my 20s either |
| 2021/01/13 | 11:16:46 PM MST | 469-715-2529 | SMS | UC | oh definitely babe they love what they do! Emma is still a little shy but shes eager to learn and loves playing with Crystal! |
| 2021/01/13 | 11:18:04 PM MST | 469-715-2529 | SMS | CASTRO | Very nice! 😊 So it's good that they will be together for my time with them then! |
| 2021/01/13 | 11:19:22 PM MST | 469-715-2529 | SMS | CASTRO | Do you have a time set up for me to come visit?  Or not yet?  Still driving? |
| 2021/01/13 | 11:19:25 PM MST | 469-715-2529 | SMS | UC | yes baby they will love it 😎 |
| 2021/01/13 | 11:19:37 PM MST | 469-715-2529 | SMS | CASTRO | Hehe.. awesome! |
| 2021/01/13 | 11:20:05 PM MST | 469-715-2529 | SMS | CASTRO | Oh.. I'm Hispanic.. is that an issue? |
| 2021/01/13 | 11:20:08 PM MST | 469-715-2529 | SMS | UC | is there a time that works for you tomorrow baby? |
| 2021/01/13 | 11:22:38 PM MST | 469-715-2529 | SMS | UC | not an issue hun! |

| 2021/01/13 | 11:24:51 PM MST | 469-715-2529 | SMS | CASTRO | Uhmm?? Depending on where you are gonna be..? I'd say anytime after 6 tomorrow? Or if daytime is better.. between 9 am to 1 pm..?? |
| 2021/01/13 | 11:26:12 PM MST | 469-715-2529 | SMS | UC | we can do evening baby and i can just let you know if anything comes up that changes. and your good with cash? and bringing condoms? |
| 2021/01/13 | 11:29:51 PM MST | 469-715-2529 | SMS | CASTRO | Yes. I'm good with that. I get the full hour.. with both.. So I can use as many condoms as i am able to?? Haha |
| 2021/01/13 | 11:32:39 PM MST | 469-715-2529 | SMS | UC | yes baby but no water sports, greek, or hurting them. greek is avail for Crystal but extra donation. you can also take pics for extra donation baby |
| 2021/01/13 | 11:35:12 PM MST | 469-715-2529 | SMS | CASTRO | No water sports or pain for me. Want THEM to enjoy it to.. So they will be OK seeing me again! And greek? Mmm.. Tempting.. Hehe.. we'll see. I'll pass on the pics as well.. maybe the next time? |
| 2021/01/13 | 11:38:45 PM MST | 469-715-2529 | SMS | UC | okay baby so 325 hr for both 😬 i hate to ask cause you seem so nice but your not the cops right you have to tell me if you are? |
| 2021/01/13 | 11:40:46 PM MST | 469-715-2529 | SMS | CASTRO | I'm not.. but I don't know what the law says about that. I mean.. I understand being cautious.. so.. you're not a sting of some sort? Are you??? |
| 2021/01/13 | 11:41:26 PM MST | 469-715-2529 | SMS | CASTRO | Sorry. But you brought up a good point! Hehe |
| 2021/01/13 | 11:42:11 PM MST | 469-715-2529 | SMS | UC | fuck no baby i could go to jail and leave my girls with no one... were just trying to make money. weve just had bad experiences so i have to make sure were gunna be alight |

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/13 | 11:45:22 PM MST | 469-715-2529 | SMS | CASTRO | I get that.  Nothing to worry about with me. The ONE thing I was told is that a cop will not expose himself when asked.. or touch a girl "suggestively".. so I've had some girls I've met for fun ask me to expose myself or touch their boob to prove I wasn't?? |
| 2021/01/13 | 11:47:02 PM MST | 469-715-2529 | SMS | CASTRO | Don't know if that helps?? Cuz I really have NO IDEA!  But I do know cops are allowed to LIE to you.  With no consequences..? |
| 2021/01/13 | 11:47:41 PM MST | 469-715-2529 | SMS | CASTRO | Not trying to freak you out. Sorry.  I talk too much sometimes |
| 2021/01/13 | 11:49:01 PM MST | 469-715-2529 | SMS | UC | really that is worrysome??? i just dont wanna get busted i always heard they have to tell you but i believe you baby. |
| 2021/01/13 | 11:49:27 PM MST | 469-715-2529 | SMS | CASTRO | ??  Don't know.. ?? Sorry. |
| 2021/01/13 | 11:50:12 PM MST | 469-715-2529 | SMS | UC | thats okay baby lol |
| 2021/01/13 | 11:51:40 PM MST | 469-715-2529 | SMS | CASTRO | I'm looking forward to meeting those hot sexy girls of yours!  Please don't forget about me.. I'm sure their schedule is filling up!!! |
| 2021/01/13 | 11:54:51 PM MST | 469-715-2529 | SMS | UC | we wont forget about you baby 😊 will you please text me in the morning just to confirm. we get so many flakes i just wanna know its real tomorrow too |
| 2021/01/13 | 11:55:37 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Will do.  Any certain time? |
| 2021/01/13 | 11:55:56 PM MST | 469-715-2529 | SMS | UC | anytime baby we will probably sleep in |
| 2021/01/13 | 11:57:00 PM MST | 469-715-2529 | SMS | CASTRO | By the way.. I'm Alex.. 😊. Ok.  I'll give you time to sleep.  Will try to call between 12 and 1pm? Fair enough? |
| 2021/01/13 | 11:58:38 PM MST | 469-715-2529 | SMS | UC | okay Alex 😊 sounds good baby well talk tomorrow |
| 2021/01/13 | 11:58:56 PM MST | 469-715-2529 | SMS | CASTRO | 👍 |

| 2021/01/14 | 11:00:25 AM MST | 469-715-2529 | SMS | CASTRO | Good morning.  Just checking to see that you all got settled! 😊. What part of town you staying in? |
| 2021/01/14 | 01:23:19 PM MST | 469-715-2529 | SMS | UC | Hi hun... just gettin up |
| 2021/01/14 | 01:23:53 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Didn't mean to wake you!  Get settled in? |
| 2021/01/14 | 01:30:13 PM MST | 469-715-2529 | SMS | UC | its ok baby need to get up |
| 2021/01/14 | 01:30:42 PM MST | 469-715-2529 | SMS | CASTRO | Sounds like you guys had a very long trip! |
| 2021/01/14 | 01:31:27 PM MST | 469-715-2529 | SMS | UC | ya finally got some rest... seems like well have a busy day baby let me know if u still interested |
| 2021/01/14 | 01:52:13 PM MST | 469-715-2529 | SMS | UC | its kool if u not interested baby just let me know cuz we bookin up |
| 2021/01/14 | 01:53:03 PM MST | 469-715-2529 | SMS | CASTRO | I'm definitely interested..  but might be later tonight.. That's all |
| 2021/01/14 | 01:53:37 PM MST | 469-715-2529 | SMS | CASTRO | How about if I msg you later.. When I'm free? |
| 2021/01/14 | 01:58:22 PM MST | 469-715-2529 | SMS | UC | ya that should work.. like what time u thinkin baby? just want to mk sure we ready for u hun |
| 2021/01/14 | 01:59:30 PM MST | 469-715-2529 | SMS | CASTRO | Well.. where are you staying? Traffic might hold me up.. But I'm thinking like 630 or so?? |
| 2021/01/14 | 02:06:00 PM MST | 469-715-2529 | SMS | UC | i think this is like east denver baby |
| 2021/01/14 | 02:06:41 PM MST | 469-715-2529 | SMS | CASTRO | Ok.. but.. Like what hotel?  East Denver traffic isn't bad.. |
| 2021/01/14 | 02:07:57 PM MST | 469-715-2529 | SMS | UC | baby i dont like to give my hotel where we stayin until i know for sure u coming.. weve had some really scary things happen to us |
| 2021/01/14 | 02:51:44 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  Sounds like maybe you don't want me to show.. That's cool.  The girls are in the pics are very sexy.  Was a nice fantasy I suppose.  Take care. |
| 2021/01/14 | 03:11:04 PM MST | 469-715-2529 | SMS | CASTRO | 😩😩😩 |

13

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/14 | 03:33:37 PM MST | 469-715-2529 | SMS | UC | No for real it is just not safe... had sum real bad things happen before if I wasnt careful ya know? |
| 2021/01/14 | 03:43:39 PM MST | 469-715-2529 | SMS | CASTRO | Ok. Can you at least give me a general idea?? Like are you off I-70.. I-25..I225?? Just wanted to give you a more accurate time since I'm sure you're swamped |
| 2021/01/14 | 03:45:17 PM MST | 469-715-2529 | SMS | UC | Thx for understanding 😊 so we r close to I225 |
| 2021/01/14 | 03:45:25 PM MST | 469-715-2529 | SMS | CASTRO | I'm not crazy.. Not do I want to get me or you in trouble. But I get where you're coming from |
| 2021/01/14 | 03:46:15 PM MST | 469-715-2529 | SMS | CASTRO | Ok. Nice! That's on my way home. 😁. What times do you have available? |
| 2021/01/14 | 03:47:52 PM MST | 469-715-2529 | SMS | UC | I def don't want trouble either.... or crazy lol already seen enough of that! |
| 2021/01/14 | 03:48:56 PM MST | 469-715-2529 | SMS | UC | Nice! Wut time r u thinking? cud probably do like 5? |
| 2021/01/14 | 03:49:25 PM MST | 469-715-2529 | SMS | CASTRO | Uhmm.. more like 6 actually.. is that too late? |
| 2021/01/14 | 03:50:16 PM MST | 469-715-2529 | SMS | UC | Nah hun 6 is good... I can keep it open for ya 😉 |
| 2021/01/14 | 03:54:15 PM MST | 469-715-2529 | SMS | CASTRO | Cool. |
| 2021/01/14 | 03:55:07 PM MST | 469-715-2529 | SMS | CASTRO | I can msg you when I'm headed your way. |
| 2021/01/14 | 05:02:02 PM MST | 469-715-2529 | SMS | UC | Yea that wud be perfect |
| 2021/01/14 | 05:45:27 PM MST | 469-715-2529 | SMS | CASTRO | Headed your way. Where should I go? |
| 2021/01/14 | 05:46:08 PM MST | 469-715-2529 | SMS | CASTRO | Also, before you answer, I do have one request. This is a little nerve-racking for me not sure what to expect. Can you do me one favor? |
| 2021/01/14 | 05:47:00 PM MST | 469-715-2529 | SMS | UC | Lol oh man what kind of favor 😁 |
| 2021/01/14 | 05:47:25 PM MST | 469-715-2529 | SMS | UC | R U into sum crazy shit? |

14

| | | | | | |
|---|---|---|---|---|---|
| 2021/01/14 | 05:47:40 PM MST | 469-715-2529 | SMS | CASTRO | Nothing super difficult. I just want to make sure that everything is for real. |
| 2021/01/14 | 05:48:03 PM MST | 469-715-2529 | SMS | CASTRO | Oh no no no! Hahaha |
| 2021/01/14 | 05:48:18 PM MST | 469-715-2529 | SMS | UC | phew okay what do u want? |
| 2021/01/14 | 05:49:40 PM MST | 469-715-2529 | SMS | CASTRO | Can you have the girls stand next to each other and put up a peace sign. Then take the picture of the back of her heads with the peace sign up just so I know that they are there. Does that make sense? |
| 2021/01/14 | 05:50:26 PM MST | 469-715-2529 | SMS | CASTRO | It's crazy as it sounds, if you were law enforcement or something like that I seriously thought you would have rules in the room with you. Haha |
| 2021/01/14 | 05:51:00 PM MST | 469-715-2529 | SMS | CASTRO | I seriously doubt there would be two girls there |
| 2021/01/14 | 05:51:06 PM MST | 469-715-2529 | SMS | UC | lol yea okay |
| 2021/01/14 | 05:51:47 PM MST | 469-715-2529 | SMS | UC | can u send me a pic? Don't have to be of your face? |
| 2021/01/14 | 05:52:31 PM MST | 469-715-2529 | SMS | CASTRO | Okay. No face. What do you want to see? |
| 2021/01/14 | 05:56:17 PM MST | 469-715-2529 | SMS | UC | Can u send a pic of the 🧷 fanned out and holding up 2 fingers? |
| 2021/01/14 | 06:00:29 PM MST | 469-715-2529 | SMS | CASTRO | Oh yeah*!!! I like that visual! Hahaha give me a few to get it set up. |
| 2021/01/14 | 06:01:41 PM MST | 469-715-2529 | SMS | UC | LMFAO 😵 okay cool... lemme grab the girlz n take ur pic |
| 2021/01/14 | 06:17:39 PM MST | 469-715-2529 | SMS | CASTRO | Oh crap.. Forgot my two fingers.. |
| 2021/01/14 | 06:18:56 PM MST | 469-715-2529 | MMS | CASTRO | |
| 2021/01/14 | 06:19:17 PM MST | 469-715-2529 | SMS | CASTRO | Nice pic!  Get mine? |
| 2021/01/14 | 06:20:14 PM MST | 469-715-2529 | SMS | UC | I did... r u sure that is yours lol I don't see the peace sign! |
| 2021/01/14 | 06:20:59 PM MST | 469-715-2529 | SMS | CASTRO | Hehe..  want me to do it again? |

| 2021/01/14 | 06:22:24 PM MST | 469-715-2529 | SMS | UC | Jus wanna make sure ur legit |
|---|---|---|---|---|---|
| 2021/01/14 | 06:32:13 PM MST | 469-715-2529 | SMS | CASTRO | Bad signal.. Taking long time.. or msgs not getting through |
| 2021/01/14 | 06:32:17 PM MST | 469-715-2529 | SMS | CASTRO | Still nervous though.. sorry.. I need to relax a little.. |
| 2021/01/14 | 06:32:28 PM MST | 469-715-2529 | SMS | CASTRO | I get that.  Same here.  Not trying to walk into a bad situation. |
| 2021/01/14 | 06:33:29 PM MST | 469-715-2529 | MMS | CASTRO | |
| 2021/01/14 | 06:34:15 PM MST | 469-715-2529 | SMS | UC | Nice! Thx ! |
| 2021/01/14 | 06:34:58 PM MST | 469-715-2529 | SMS | CASTRO | Get all that? Dang. |
| 2021/01/14 | 06:37:43 PM MST | 469-715-2529 | SMS | UC | Sure did 😊 |
| 2021/01/14 | 06:39:30 PM MST | 469-715-2529 | SMS | UC | R u gonna head over? The hotel is right off I-225 & Iliff |
| 2021/01/14 | 06:41:04 PM MST | 469-715-2529 | SMS | UC | Wud u mind meeting me at the 7-11 next door first? Just wanna meet u to make sure that ur cool and not like a psycho or something. I'll give ya the key once I know ur cool and u can head over. |
| 2021/01/14 | 06:45:32 PM MST | 469-715-2529 | SMS | CASTRO | Are you not going to be in the room with the girls? |
| 2021/01/14 | 06:46:32 PM MST | 469-715-2529 | SMS | CASTRO | I mean when we first meet. Cuz how would I know the key would even work? |
| 2021/01/14 | 06:47:50 PM MST | 469-715-2529 | SMS | UC | Oh yea i gotcha yea I will give u your privacy but can walk over and introduce u if that works better... whatever u wud feel more fomfortable with |
| 2021/01/14 | 06:54:22 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  How far is the hotel from there? Just kind of cold. That's all. But if you want to walk all the way to the 7-Eleven, I can meet you there. |
| 2021/01/14 | 06:57:29 PM MST | 469-715-2529 | SMS | UC | It is real close to the hotel |
| 2021/01/14 | 07:00:42 PM MST | 469-715-2529 | SMS | CASTRO | Ok. |

| 2021/01/14 | 07:02:24 PM MST | 469-715-2529 | SMS | UC | R u close? Was thinkin of grabbing some dinner for us but can wait. |
|---|---|---|---|---|---|
| 2021/01/14 | 07:03:02 PM MST | 469-715-2529 | SMS | CASTRO | I'm headed that way.  What are you wearing?  You gonna be up front? |
| 2021/01/14 | 07:03:29 PM MST | 469-715-2529 | SMS | CASTRO | I'm about 10 mins away |
| 2021/01/14 | 07:06:30 PM MST | 469-715-2529 | SMS | UC | K the girls r super hangry so I'm gonna grab them a quick bite k hun? |
| 2021/01/14 | 07:07:01 PM MST | 469-715-2529 | SMS | CASTRO | K.. |
| 2021/01/14 | 07:07:52 PM MST | 469-715-2529 | SMS | CASTRO | I can give you a ride back if you want?? |
| 2021/01/14 | 07:10:19 PM MST | 469-715-2529 | SMS | UC | Ur too sweet 😊 I am gonna pick up food at outback... want to meet me there? |
| 2021/01/14 | 07:11:38 PM MST | 469-715-2529 | SMS | CASTRO | Ok.  But.. Where is that? LOL. I'll find it.. Nevermind.. |
| 2021/01/14 | 07:13:14 PM MST | 469-715-2529 | SMS | UC | It is near like Evans and Abiline |
| 2021/01/14 | 07:14:16 PM MST | 469-715-2529 | SMS | UC | Lol sorry I don't know the address |
| 2021/01/14 | 07:17:49 PM MST | 469-715-2529 | SMS | CASTRO | All good.  I'll find the nearest one. Haha |
| 2021/01/14 | 07:19:19 PM MST | 469-715-2529 | SMS | CASTRO | Are you walking there? Is it close to your hotel? do you mind telling me the name of the hotel so I'll know if I'm at the right place? |
| 2021/01/14 | 07:21:35 PM MST | 469-715-2529 | SMS | UC | Yeah I'm gonna walk over and it is close to the motel 6 |
| 2021/01/14 | 07:25:09 PM MST | 469-715-2529 | SMS | CASTRO | Uhhh.. if you're at the motel 6 I think you are, and you're going to outback, it's not that close. I can give you a ride if you haven't started walking yet. |
| 2021/01/14 | 07:26:01 PM MST | 469-715-2529 | SMS | UC | oh shit okay i thoughr it was closer lol i suck at directions |
| 2021/01/14 | 07:29:09 PM MST | 469-715-2529 | SMS | UC | R u sure? That wud be super cool. I'm gonna head down and smoke u wanna pick me up in the back of the hotel? |
| 2021/01/14 | 07:31:17 PM MST | 469-715-2529 | SMS | CASTRO | Hehe.. all good |

| 2021/01/14 | 07:31:53 PM MST | 469-715-2529 | SMS | UC | Thx 😊 |
|---|---|---|---|---|---|
| 2021/01/14 | 07:32:28 PM MST | 469-715-2529 | SMS | UC | I will be out back... wearing black pants and black knee hi boots |
| 2021/01/14 | 07:37:11 PM MST | 469-715-2529 | Call | UC | |
| 2021/01/14 | 07:37:43 PM MST | 469-715-2529 | Call | UC | |

31. During the communications, SA Draper utilized lingo and phrases that are common for the negotiation of exchanging cash for sex. The lingo usually entails talking about "donations" instead of an exchange of cash. Talking about the time, an hour "HR" or half hour "HH", refers to regular sexual intercourse. Discussions of oral or anal sex usually include the terms BJ (Blow job for oral sex) or Greek (for anal sex). Based on training and experience, SA Draper knows that "GFE" is slang for "girlfriend experience" and means that the sexual encounter includes kissing, cuddling and/or hugging in addition to sexual intercourse. Also based on training and experience, SA Draper knows that the term "water sports" is sexual activity in which urine is involved.

32. For images of the teen aged-child victims, HSI SA Draper sent pictures of a young-looking confidential informant and young-looking CBI analysts. Their faces were cropped out of the photographs or their faces were not in the pictures.

33. Because the Suspect was not positively identified before he arrived, SA Draper instructed him go to the 7-11 store near the intersection of Iliff Avenue and Blackhawk Street in Aurora, Colorado. CCGTF personnel planned to send the Suspect to the hotel from the 7-11 store so the vehicle could be positively identified prior to his arrival at the hotel.

34. Aurora Police Department (APD) Detective Pat McGinty was doing surveillance of the 7-11 parking lot and observed a red Jeep Liberty parked on the east side of the store. Detective McGinty observed the Jeep Liberty make a slow loop through the parking lots near the 7-11 and then go eastbound on Iliff Avenue.

35. The Jeep Liberty was then seen parking near the Rosie's Diner at 14061 E Iliff Avenue. Detective McGinty located the Jeep Liberty and confirmed it was the same one that was previously at the 7-11. Detective McGinty observed the Jeep Liberty bearing Colorado license plate ABVL23. The Suspect was instructed to drive to the north side of the Motel 6 located at 14031 E Iliff Avenue, Aurora, Colorado. The Suspect was told he would see a female (The UC Persona) wearing all black and smoking a cigarette. HSI SA Meraly Delucca was utilized as the decoy for the UC Persona. Once Paul Castro arrived at the north side of the hotel, he was contacted by uniformed APD Gang Unit officers and placed into custody.

36. A black Samsung cellular telephone was found in Paul Castro's vehicle and seized as evidence. Messages/calls were sent from the UC phone numbers to 806-640-4585 and 469-715-2529 and those messages/calls were seen displaying on the screen of the black Samsung cellular telephone that Paul Castro had in his possession at the time of his arrest.

37. Paul Castro was searched incident to arrest and officers found exactly $325 in his front pants pocket. This is the same amount of cash that Paul Castro agreed to pay to have sex with two under aged children. Paul Castro was positively identified by the photo on his Colorado Driver's License. Paul Castro was transported to the Aurora Jail. At the jail, Detective McGinty advised Paul Castro of the charges he was facing and asked him if he would be interested in making any statements. Paul Castro advised that he did not wish to make any statements. Detective McGinty did not ask him any further questions.

38. Therefore, while your Affiant might already have all necessary authority to examine the Device, your Affiant seeks this additional warrant out of an abundance of caution to be certain that an examination of the Device will comply with the Fourth Amendment and other applicable laws.

39. The Device is currently in storage at the Aurora Police Department Property Bureau located at 15001 East Alameda Parkway, Aurora, Colorado 80012. In my training and experience, I know that the Device has been stored in a manner in which the contents are, to the extent material to this investigation, in substantially the same state as they were when the Device first came into the possession of the Aurora Police Department.

## CONCLUSION

39. Based on the investigation described above, probable cause exists to believe that inside the Device (described on Attachment A), will be found evidence, fruits, and instrumentalities of a violation of Title 18, United States Code, Section 2422(b) (described on Attachment B).

40. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items described in Attachment A for the items listed in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

_s/ Kristen Draper_____
Kristen Draper, Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me this __28th__ day of __January_____ 2021.

_____
THE HON SCOTT T. VARHOLAK
UNITED STATES MAGISTRATE JUDGE

Application for search warrant was reviewed and is submitted by David Tonini, Assistant United States Attorney.